**[This opinion has been published in *Ohio Official Reports* at 71 Ohio St.3d 608.]**

THE STATE OF OHIO, APPELLANT, *v.* DIXON, APPELLEE.

**[Cite as *State v. Dixon*, 1995-Ohio-178.]**

*Criminal law—Firearm offenses—R.C. 2929.71(A)—State must prove beyond a reasonable doubt that firearm was operable for imposition of additional three years of actual incarceration for possession of firearm at time of offense—Proof beyond a reasonable doubt can be established by testimony of lay witnesses who were in a position to observe the instrument and circumstances surrounding the crime.*

(No. 94-220—Submitted February 7, 1995—Decided March 15, 1995.)

CERTIFIED by the Court of Appeals for Greene County, No. 93 CA 18.

———————————

*William F. Schenck*, Greene County Prosecuting Attorney, and *Robert K. Hendrix*, Assistant Prosecuting Attorney, for appellant.

*Martin, McCarty, Richman & Wright Co., L.P.A.,* and *Gary E. Wright*, for appellee.

———————————

{¶ 1} The judgment of the court of appeals is reversed as to the certified issue only, and the judgment of the trial court is reinstated on the authority of *State v. Murphy* (1990), 49 Ohio St.3d 206, 551 N.E.2d 932.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

———————————